NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TURNER CONSTRUCTION CO., INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

**and**

**MCCARTHY/HUNT, JV,**
*Defendant,*

**and**

**B.L. HARBERT-BRASFIELD & GORRIE, JV,**
*Defendant-Appellant.*

---

2010-5146, -5158

---

Appeals from the United States Court of Federal Claims in case no. 10-CV-195, Senior Judge Bohdan A. Futey.

---

Before DYK, *Circuit Judge.*

## ORDER

Upon review of the file, we determine that oral argument in this appeal should be expedited.

Accordingly,

IT IS ORDERED THAT:

(1) The appellants' opening briefs are due December 17, 2010.

(2) The appellees' opening brief is due January 28, 2011.

(3) The reply briefs and the joint appendix are due no later than February 7, 2011.

(4) No further extensions will be granted. Briefs should be served in an expedited manner.

(5) This appeal will be placed on the April 2011 oral argument calendar.

FOR THE COURT

DEC 0 3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Laurence Schor, Esq.
    Scott M. McCaleb, Esq.
    Anuj Vohra, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 3 2010

JAN HORBALY
CLERK